1
2
3
4
5
6

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF ILLINOIS,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>MIDWEST FAMILY MUTUAL INSURANCE COMPANY; and DOES I-X and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　　　　　Defendants. | CASE NO.: 2:22-cv-01133-ART-EJY<br><br>**ORDER APPROVING**<br><br>**STIPULATION FOR MODIFICATION OF BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

**COME NOW,** Plaintiff, SAFECO INSURANCE COMPANY OF ILLINOIS (hereinafter "SAFECO") by and through its attorneys of record, KOELLER, NEBEKER, CARLSON & HALUCK, LLP, and Defendant, MIDWEST FAMILY MUTUAL INSURANCE COMPANY (hereinafter "MIDWEST") by and through its attorneys of record, HAWKINS MELENDREZ, P.C., and hereby submit this Stipulation and Order for Modification of the Briefing Schedule for Defendant's Motion for Summary Judgment.

## **STIPULATION**

On October 14, 2022, Defendant submitted a Motion for Summary Judgment (ECF #9). Pursuant to LR 7-2, the briefing schedule is for a Response to be filed by November 4, 2022, and any Reply to be filed by November 18, 2022. To facilitate Plaintiff's receipt of Defendant's responses to written discovery served by Plaintiff prior to Defendant filing its Motion, the parties agree Plaintiff shall have until November 14, 2022 to file a Response to

Defendant's Motion for Summary Judgment and that Defendant shall have until November 28, 2022 to file any Reply.

DATED this 3rd day of November, 2022.    DATED this 3rd day of November, 2022.

KOELLER NEBEKER CARLSON    HAWKINS MELENDREZ, P.C.
 & HALUCK, LLP

By:    */s/Andrew C. Green*        By:    */s/Martin I. Melendrez*
    ANDREW C. GREEN, ESQ.            MARTIN I. MELENDREZ, ESQ.
    Nevada Bar No. 9399                Nevada Bar No. 7818
    300 S. 4th Street, Suite 500          CHRISTOPHER M. KELLER, ESQ.
    Las Vegas, NV 89101                Nevada Bar No. 7399
    Attorneys for Plaintiff,              9555 Hillwood Drive, Suite 150
    SAFECO INSURANCE COMPANY    Las Vegas, NV 89134
    OF ILLINOIS                     Attorneys for Defendant,
                                      MIDWEST FAMILY MUTUAL
                                      INSURANCE COMPANY

## ORDER

Consistent with the Parties' Stipulation above, the deadlines for briefing following Defendant's Motion for Partial Summary Judgment (ECF #9) are hereby extended as requested, and Plaintiff shall have until November 14, 2022 to file a Response to Defendant's Motion for Summary Judgment and that Defendant shall have until November 28, 2022 to file any Reply.

_____
Anne R. Traum
United States District Judge

Dated:    November 9, 2022

Respectfully Submitted by:

KOELLER, NEBEKER, CARLSON
& HALUCK, LLP

By:    */s/Andrew C. Green*
    ANDREW C. GREEN, ESQ.
    Nevada Bar No. 9399
    300 S. 4th Street, Suite 500
    Las Vegas, NV 89101
    Attorneys for Plaintiff,
    SAFECO INSURANCE COMPANY OF ILLINOIS