AO450 (NVD Rev. 7/31/24)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Safeco Insurance Company of Illinois

Plaintiff,

v.

Midwest Family Mutual Insurance Company

Defendant.

AMENDED

JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-01133-ART-EJY

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of Plaintiff Safeco Insurance Company of Illinois and against Defendant Midwest Family Mutual Insurance Company, in the amount of $250,000.00 in damages and $48,006.60 in prejudgment interest.

11/19/2024
Date

DEBRA K. KEMPI
Clerk

/s/ AMMi
Deputy Clerk